```
 1  _____

 2              UNITED STATES DISTRICT COURT FOR THE
                  WESTERN DISTRICT OF TENNESSEE
 3                       EASTERN DIVISION

 4  _____

    DENNIS CHADWICK McGEE as            )
 5  Personal Representative/            )
    Administrator of the Estate         )
 6  of DILLON C. McGEE, deceased,       )
                                        )
 7              Plaintiff,              )
                                        )
 8       vs.                            )    No.:  1:15-cv-01069
                                        )    JURY DEMANDED
 9  MADISON COUNTY, TENNESSEE;          )
    JOHN MEHR, individually and        )
10  in his official capacity as         )
    Sheriff of Madison County;          )
11  and THOMAS KNOLTON,                 )
    individually and in his             )
12  official capacity as a Deputy       )
    Sheriff of the Madison County       )
13  Sheriff's Office,                   )
                                        )
14              Defendants.             )

15  _____

16

17

18     THE VIDEOTAPE DEPOSITION OF MR. ROBERT ASPIRANTI

19                     November 14, 2016

20

21

22

23             SCHAFFER REPORTING SERVICE
                  JILL A. SCHAFFER, RPR
24                   P.O. Box 3214
                Jackson, Tennessee 38303
25                  (731) 668-6880
```

```
 1                          A P P E A R A N C E S

 2         For the Plaintiff:           MR. JEFFREY S. ROSENBLUM
                                        Rosenblum & Reisman
 3                                      Suite 550
                                        6070 Poplar Avenue
 4                                      Memphis, Tennessee 38119

 5         For the Defendants           MR. JON A. YORK
           Madison County and           Pentecost, Glenn, Mauldin &
 6         John Mehr:                     York
                                        106 Stonebridge Boulevard
 7                                      Jackson, Tennessee 38305

 8         For the Defendant            MR. MICHAEL R. HILL
           Thomas Knolton:              MR. W. MICHAEL VARNELL
 9                                      Flippin, Collins & Hill
                                        1066 South Main Street
10                                      Milan, Tennessee 38358

11         Videographer:                Julie L. Coulston, CLVS

12         Also Present:                Mr. Dennis Chadwick McGee
                                        Sergeant Thomas Knolton
13                                      Deputy Jorgé Borras

14

15                              - - - - -

16

17

18

19

20

21

22

23

24

25
```

```
 1                    The videotape deposition of MR. ROBERT
 2      ASPIRANTI was taken at the instance of the Defendants,
 3      pursuant to subpoena, on the 14th day of November,
 4      2016, beginning at approximately 9:41 a.m. and ending
 5      at approximately 12:50 p.m., at the offices of the
 6      Henderson County Criminal Justice Complex, Lexington,
 7      Tennessee, for use pursuant to the Federal Rules of
 8      Civil Procedure before Jill A. Schaffer, Registered
 9      Professional Reporter, Licensed Court Reporter, and
10      Notary Public for the State of Tennessee.
11                    Counsel stipulated that all objections,
12      except as to the form of the questions, were reserved
13      to on or before the hearing and that all forms and
14      formalities, including the reading and signing of the
15      completed deposition by the witness, were expressly
16      waived.
```

**I N D E X**

| | Page |
|---|---|
| Examination by Mr. Hill | 4 |
| Examination by Mr. York | 147 |
| Examination by Mr. Rosenblum | 157 |
| Further Examination by Mr. Hill | 168 |
| Further Examination by Mr. Rosenblum | 170 |
| Exhibit 1 | 55 |
| Exhibit 2 | 91 |
| Exhibit 3 | 155 |
| Exhibit 4 | 157 |
| Signature Page | 171 |
| Reporter's Certificate | 172 |

```
1    he was firing?
2    A    I couldn't remember that.  I just remember looking
3    up.  The car was moving really fast, and he turned real
4    hard.  I remember him turning real hard and looking
5    up --
6    Q    When you --
7    A    -- and seeing --
8    Q    When you say "him," you mean Dillon?
9    A    Yeah.
10   Q    Okay.
11   A    Dillon jerked (indicating) the -- turned it real
12   hard to the right (indicating) and pulled out, and I
13   remember seeing Knolton -- I don't know if he could
14   have started on the left side or the right side and
15   ended up there.
16        I couldn't tell -- I couldn't tell you whether
17   he -- he was on this side (indicating) and then
18   sideswiped -- stepped from this side (indicating) to
19   that side (indicating) or started on that side
20   (indicating) and went from there.
21        But I remember ducking my head (indicating) when I
22   seen the gun.  And I looked up because the -- the
23   window had shattered, and I thought I was shot, but it
24   was just a piece of glass that had hit real hard on my
25   arm.
```

107

```
 1            So I looked up then, and that's when I remember
 2       seeing him stepping like that --
 3       Q    Okay.
 4       A    -- and shooting (indicating).
 5       Q    When you saw him stepping, do you know which side
 6       of the vehicle he was on --
 7       A    I couldn't --
 8       Q    -- what he was on?
 9       A    (The witness shook his head.)
10       Q    Okay.  Do you know whether he was on the passenger
11       side or the driver's side?
12       A    With everything that was going on, I couldn't say
13       for sure what side he was on.
14       Q    Do you ever -- was there any time where you ever
15       remember whether he was on the driver's side or the
16       passenger side?
17       A    (The witness shook his head.)
18            I couldn't say for sure.
19       Q    Okay.  When -- when they pulled their guns, when
20       the officers got out, what -- what were you thinking?
21       A    Someone was trying to kill us.
22       Q    Okay.  Why did you think that?
23       A    They had guns pointed at us.
24       Q    Did you figure at any time that they were the
25       police?
```

108

```
 1     A    I didn't know.  With this day and time, there's
 2     crazy people out here that do all sorts of stuff, so...
 3     Q    Have you ever had a gun pulled on you before?
 4     A    Yeah.
 5     Q    Okay.  When was that?
 6     A    A couple times before.
 7     Q    What were the circumstances?
 8     A    I had been robbed a couple of times.
 9     Q    More than once?
10     A    Yeah.
11     Q    Was money taken from you?
12     A    Yes.
13     Q    Okay.  Did you make a police report of either one
14     of those incidents?
15     A    No, sir.
16     Q    Why not?
17     A    Because I had drugs on me at the time or I was
18     doing something I wasn't supposed to do.
19     Q    In -- let's -- let's get back to looking at your
20     statement.  You -- you -- you state that -- well, it
21     says that "The officers pulled in front of us straight
22     on."  And I'm -- I'm not trying -- it's been a while if
23     I asked you about that, so I don't remember whether you
24     answered or not.
25          It says "The officer pulled in front of us
```

1   straight on."  Is that accurate?
2   A     They come straight around like that (indicating).
3   Our cars wasn't really bumper to bumper (indicating) to
4   a sense.
5   Q     Okay.  It says "His car was slightly offset to our
6   driver's side bumper on the right."  Is that accurate
7   as to -- as to what you told them?
8   A     It -- it's sort of like this drawing (indicating).
9   Q     That's where you think the vehicle was?
10  A     That's where I think --
11  Q     Okay.
12  A     -- the vehicle was.
13  Q     In -- in this statement it says "The officers'
14  vehicle was approximately a car and a half length away
15  from us."  Did you tell the TBI that?
16  A     Yeah.  It was about that.  It was about maybe 15,
17  20 yards, maybe like about 15 yards.
18  Q     They stopped 15 to 20 yards from your vehicle?
19  A     Probably -- maybe 10 yards (indicating).
20  Q     Did --
21  A     20 yards is a little much.
22  Q     Well, did -- did you tell them it was a car and a
23  half length away from you?
24  A     I told them it was about that.
25  Q     Okay.

110

```
 1    angle, you said, a car length, car and a half length
 2    away, is that the silver Impala that the two men got
 3    out with the guns?
 4    A    Yes, sir.
 5    Q    Is the man on this side that got out of the
 6    driver's side (indicating), is that the white officer
 7    that you now know to be Knolton?
 8    A    That's what I thought, but I couldn't say for
 9    sure.
10    Q    Okay.  But you know the white guy got out of the
11    driver's side of the car.
12    A    That's what I thought, but I couldn't say for
13    sure.
14    Q    And you know that there was an African-American
15    cop that got out of the passenger side.
16    A    Yes, sir.
17    Q    And is it your testimony that the African-American
18    deputy came over to the driver's side or in front on
19    the driver's side of the Versa that you guys were in?
20    A    It could have been, yes.
21    Q    And that the -- Knolton stayed there and shot
22    first into the windshield, and that's when you ducked
23    down.
24    A    Yes, sir.  I don't -- I don't believe that the
25    African-American shot at all.
```

```
 1    Q    Okay.  And I'll -- and I'll tell you that I don't
 2    think there's anything in the report that the
 3    African-American shot.
 4    A    Okay.
 5    Q    There have been witnesses that have said that
 6    there were two sets of shots, pop-pop, and then a gap,
 7    and then that's when the officer was sidestepping,
 8    shooting into Dillon's driver's side window.  Is that
 9    consistent with your recollection?
10    A    Yes, sir.
11    Q    And was that gap a -- a second or two or three?
12    Can you tell us how long that gap was in between?
13    A    Yeah.  It couldn't be more than a couple seconds.
14    Q    Okay.  And the first set of shots that were fired,
15    is that when you felt the glass hit your arm?
16    A    Yes, sir.
17    Q    And was it then that you -- you bent down?
18    A    I was already ducking.  And then when the shots
19    came through, I ducked lower.
20    Q    And then when you peeped up, is that when the
21    second set of shots --
22    A    Yes, sir.
23    Q    -- came through?
24         And is that Knolton sidestepping as he shot into
25    the car?
```

166

```
 1     A    Yes, sir.
 2     Q    Did Dillon ever say anything or do anything that
 3     led you to believe that he was trying to run over
 4     anybody?
 5     A    No, sir.
 6               MR. ROSENBLUM:  No further questions.
 7               Oh, I'm sorry.  I do have just slightly
 8     more.
 9     Q    (By Mr. Rosenblum)  At the end of the encounter
10     when Dillon was able to -- he was able to pull out --
11     make that hard right and pull out of the -- the -- the
12     parking lot; true?
13     A    Yes, sir.
14     Q    And as he went across the street and up into the
15     grass and the car came to a stop, did you hear the two
16     officers, the black officer and the white officer,
17     talking about a gun?  Did -- did an officer say
18     anything?
19     A    They said they thought they saw a gun.
20     Q    Did one officer kind of get on to one You said you
21     saw a gun; you said you saw a gun?
22     A    Yes, sir.
23     Q    Which officer was that?
24     A    The African-American.
25     Q    And who was he talking to?
```